IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01854-MSK-MJW

UNITED STATES FIRE INSURANCE COMPANY, et al,

Plaintiff(s),

v.

PINKARD CONSTRUCTION COMPANY, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Pinkard Construction Co.'s Unopposed Motion for Clarification of Orders Dated August 21, 2009, DN 14, filed with the Court on September 22, 2009, is GRANTED.  The Order Setting Scheduling/Planning Conference, DN 10, entered on August 28, 2009, and the Scheduling Conference set before Magistrate Judge Michael J. Watanabe on October 22, 2009, at 9:00 a.m., are both VACATED.  This conference was set in error.

Date:  September 23, 2009