**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush  
Court Reporter:  Paul Zuckerman

Date: October 22, 2009

Civil Action No. 09-cv-01854-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY and THE NORTH RIVER INSURANCE COMPANY, | Brian Spano Michael Gregg |
| Plaintiffs, | |
| v. | |
| PINKARD CONSTRUCTION COMPANY and THE LEGACY APARTMENTS, LP, | Eric Torgersen John Tweedy, Jr. |
| Defendants. | |

## COURTROOM MINUTES

Rule 16 Hearing

4:08 p.m.    Court in session.

Michael Gregg appears by telephone.

Argument.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**    Defendant Pinkard Construction Co.'s Motion to Stay Action (Doc. 13) and Defendant The Legacy Apartment, LP's Motion to Stay Action (Doc. 22) are granted in part and denied in part as set forth on the record.

5:02 p.m.    Court in recess.

Time: 00:54  
Hearing concluded.