IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01854-MSK-MJW

UNITED STATES FIRE INSURANCE COMPANY,
THE NORTH RIVER INSURANCE COMPANY,

       Plaintiffs,

v.

PINKARD CONSTRUCTION COMPANY,

       Defendant.

---

# ORDER DISMISSING CLAIMS AGAINST
# DEFENDANT LEGACY APARTMENTS, LP WITH PREJUDICE

---

THIS MATTER is before the Court on the Plaintiffs' Unopposed Motion to Dismiss All Claims Against the Legacy Apartments LP With Prejudice (Motion) **(#72)** filed June 28, 2010. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims asserted against Defendant Legacy Apartments, LP are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 28th day of June, 2010.

                                          BY THE COURT:

                                          _____
                                          Marcia S. Krieger
                                          United States District Judge